AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2000

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting  (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMAS, CLARENCE | UNITED STATES SUPREME COURT | 05/15/2001 |

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ASSOCIATE JUSTICE | 5. Report Type (check type)  ___ Nomination, Date ___/___/___   ___ Initial  X Annual  ___ Final | 6. Reporting Period  01/01/2000 to 12/31/2000 |

| 7. Chambers or Office Address  U.S. SUPREME COURT  1 FIRST STREET, N.E.  WASHINGTON, D. C.  20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed.  Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X NONE (No reportable positions.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X NONE (No reportable agreements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

RECEIVED
MAY 15  4 53 PM '01
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| NONE (No reportable non-investment income.) | | | |
| 1 | 2/7/00 | Drake University School of Law - seminar | $15,000 |
| 2 | 4/10/00 | University of Kansas School of Law - Teaching | $6,195 |
| 3 | | | |
| 4 | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>THOMAS, CLARENCE | Date of Report<br>05/15/2001 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Drake University School of Law | Private plane and accommmodations/seminar/Justice Thomas/2/7/00 |
| 2 | Culver Stockton College of Law | Private plane and accommodations/speech/Justice Thomas/2/16/00 |
| 3 | Hudson Institute | Air fare and accommodations/speech/Justice Thomas/3/8/00 |
| 4 | New York Law School | Air fare and accommodations/moot court/Justice Thomas/3/12/00 |
| 5 | University of Kansas School of Law | Air fare and accommodations/teaching/Justice Thomas/4/10/00 |
| 6 | Federal Bar Assn, Tampa Bay Chapter | Air fare and accommodations/speech/Justice Thomas/4/4/00 |
| 7 | Oklahoma Council of Public Affairs | Private plane and accommodations/speech/Justice Thomas/5/8/00 |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | Honorary Membership | The University Club | $ 500.00 |
| 2 | Former Law Clerks | Deep Cycle Batteries | $ 1200.00 |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | Riggs Bank | Revolving credit account | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000    0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 MONY Annuity | A | Int | J | T | | | | | |
| 2 1/3 int. in rental property at ## 1, 2, & 3, Sav., GA | A | Rent | J | W | | | | | |
| 3 Realty Investment Corp. (IRA), Esconvita, CA | A | Div | J | T | | | | | |
| 4 Equitec (IRA), Boston, MA | A | Div | J | T | | | | | |
| 5 Ginger, LTD., Partnership, ▓▓▓ Omaha | A | Rent | L | W | | | | | |
| 6 Brandywine Blue | | MutFund/IRA | M | T | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 4. REIMBURSEMENTS (cont'd.)

| Line | Source | Description |
|------|--------|-------------|
| 8 | United States District Court, Western District of Missouri | Air Fare/speech/Justice Thomas/8/25/00 |
| 9 | Hillsdale College | Private plane and accommodations/speech/Justice& ██████████/9/9/00 |
| 10 | University of Louisville | Private plane/speech/Justice Thomas/9/10/00 |
| 11 | United States District Court - Nebraska | Air Fare/Courthouse Dedication/Justice Thomas/10/23/00 |

5/15/0

## IX.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature                                                          Date  *5/15/01*

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report
            may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544